UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. C-09-272 |
| | § | |
| ARTURO ESTANISLAO CABRERA | § | |

**<u>MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL</u>**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the defendant pending trial in this case:

(1)   There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(A); and

(2)   The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against the defendant meets the probable cause standard.  The defendant was driving a flatbed tractor/trailer with over of 100 pounds of cocaine hidden inside.  The findings and conclusions contained in the Pretrial Services Report are adopted, supplemented by the testimony of the defendant's wife.  The defendant is a resident alien facing deportation if convicted, which makes him a flight risk.  He has no assets to secure a bond and has produced no sureties.  This

order of detention is entered without prejudice to the defendant's right to re-urge a bond if the defendant can produce a cash deposit, co-sureties with non-exempt assets, and if his background information can be verified by Pretrial Services.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 30th day of March, 2009.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE